UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| ROBERT C. LOVE, | ) | |
|---|---|---|
| Movant, | ) | |
| vs. | ) | Case No. 4:08CV01619 ERW |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Movant Robert C. Love's Notice of Appeal and Request for Certificate of Appealability [doc. #9]. On April 8, 2009, this Court entered an Order [doc. #6] denying Movant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. The Court's April 8, 2009 Order also stated that Movant was denied a certificate of appealability.

A certificate of appealability will be issued only if the applicant has made a substantial showing of the denial of a constitutional right and has indicated which specific issue or issues satisfy the showing required. 28 U.S.C. § 2253(c)(2)-(3). Additionally, "the petitioner 'must demonstrate that the issues are debatable among jurists of reason; that a court could resolve the issues [in a different manner]; or that the questions are adequate to deserve encouragement to proceed further.'" *Randolf v. Kemna*, 276 F.3d 401, 403 n.1 (8th Cir. 2002) (alteration in original) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n.1 (1983)). Movant has failed to meet this burden.

Accordingly,

**IT IS HEREBY ORDERED** that Movant's Request for Certificate of Appealability is **DENIED**.

Dated this 17th Day of April, 2009.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE